IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

GEORGE M. RAMSEY,             )
                                        )
                      Plaintiff      )
                                          )
             vs.                )         No. CIV-07-1355-C
                                          )
MICHAEL J. ASTRUE,         )
Commissioner, Social Security    )
Administration,              )
                                        )
                    Defendant   )

## ORDER ADOPTING REPORT AND RECOMMENDATION

This action for judicial review of the Commissioner's denial of disability insurance benefits was referred for initial proceedings to United States Magistrate Judge Gary M. Purcell, consistent with 28 U.S.C. § 636(b)(1)(B).  Judge Purcell entered his Report and Recommendation on October 14, 2008, recommending that the decision of the Commissioner be affirmed.  Plaintiff, through counsel, has timely filed an objection to this report, and the Court therefore considers the matter de novo.

In his thorough and well-reasoned Report and Recommendation, Judge Purcell sets out the relevant facts and prevailing law, and no purpose would be served to repeat those here.  There is nothing asserted by the Plaintiff which was not fully considered and correctly rejected by the Magistrate Judge, and no argument of fact or law is set forth in the objection which would require a different result.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons stated therein, the decision of the Commissioner in this case is affirmed.  A judgment will enter accordingly.

IT IS SO ORDERED this 29th day of October, 2008.


ROBIN J. CAUTHRON
United States District Judge